IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01052-RBJ-KMT

JUANITA ANGELA WHITAKER,

    Plaintiff,

v.

SILVER KEY SENIOR SERVICES and
SILVER KEY BOARD OF DIRECTORS,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 13 2020

JEFFREY P. COLWELL
CLERK

---

### PLAINTIFF'S MOTION TO COMPEL THE PRECIDING JUDGE IN THE ABOVE-MENTIONED CASE TO RECUSE HIMSELF

The Plaintiff comes before the Court to respectfully request that the presiding Judge, R. Brooke Jackson, in the case of Juanita Angela Whitaker v. Silver Key Senior Services and Silver Key Board of Directors, recuse himself for the following reasons.

1. At the most recent Telephonic Discovery Hearing, held on November 9, 2020, Judge Jackson raised his voice at the Plaintiff in a demeaning and belligerent manner as though she were a child to be chastised. I suffer from hearing loss and did not realize to whom the Judge was speaking when he stopped short of telling me to shut-up. Plaintiff feels that she was not afforded the same courteous and cordial demeanor shown to the defense counsels.

2. Judge Jackson openly expressed the fact that he did not feel that the Plaintiff was being truthful in relating the interactions between the defense attorneys and herself at the first attempted deposition which took place on October 23, 2020. It is the Plaintiff's contention that anytime a Judge calls-into-question the veracity and

forthrightness of a Plaintiff's statement, to the extent that he gives carde blanche to the defense to treat the Plaintiff in a similarly dismissive fashion should recuse himself for the good of the litigation.

3. The Plaintiff has been harassed, referred to in derogatory terms, slandered and libeled, by the defense counsels, and when the Plaintiff sent emails to Judge Jackson, as proof of such behavior, instead of sanctioning the defense, he verbally admonished the Plaintiff for advising him of such improprieties. Such was the case on November 9, 2020, when Judge Jackson polled the defense as to what sanctions they wanted imposed, while ignoring Plaintiff's request for sanctions to address the defense's misconduct.

4. When informed by the Plaintiff that complaints had been filed against the defense counsels through the Office of Attorney Regulation, Judge Jackson was very vocal in expressing that he did not believe that the Plaintiff had been honest in her accounts of misconduct on the part of defense counsels. How can he claim to be "impartial" when he has expressed his opinion that the Plaintiff is dishonest, distorts the truth and exaggerates the seriousness of circumstances surrounding her case?

5. On October 20, 2020, the Plaintiff was administered a polygraph which she passed with a 98.3 truthfulness rating. In that polygraph, certain unethical, unscrupulous, and illegal conduct on the part of the defense counsel was outlined. Judge Jackson, has chosen to "turn-a-blind-eye" to these finding and still expresses the opinion that the Plaintiff has not been truthful and implies that the Plaintiff "judges everyone (mentioning Judge Frick by name) as an adversary." How can Judge Jackson truly be capable of being fair if he holds such a negative opinion of the Plaintiff?

6. Plaintiff feels that it would benefit both her case and the process of justice, if Judge Jackson would recuse himself, step aside and allow someone else to lend a fresh set of eyes to the proceedings.

Name _Juanita Whitaker, Ph.D._

Date _11-09-2020_

Certificate of Service

I Juanita Angela Whitaker, attest to the fact that on ___Nov. 10, 2020___, I Mailed a copy of this motion by United States Postal Service to the following people:

Raymond Deeny

633 17th Street, Suite 3000

Denver, Colorado 80202

303-299-8327

rdeeny@shermanhoward.com


Carissa Davis

633 17th Street, Suite 3000

Denver, Colorado 80202

303-299-8327

*Juanita Whitaker*

Juanita Whitaker

7848 Dallas Street, Norfolk, Va. 23505

719-393-2602

Juanita_whtkr@hotmail.com



Dr. Juanita Whitaker
848 Dallas St. #
Norfolk, Va. 23505

United States District Court
901 - 19th Street Room 105A
Denver, CO 80294